1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone:  (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Jack Rice

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                    )   **CASE NO. C06-0671 (CRB)**
   _____       )
   **IN RE: BEXTRA AND CELEBREX**        )
14 **MARKETING SALES PRACTICES AND**     )   **MDL NO. 1699**
   **PRODUCT LIABILITY LITIGATION**      )   **District Judge:  Charles R. Breyer**
15 _____       )
                                         )
16 **JACK RICE,**                        )
                                         )
17        **Plaintiff,**                 )   **STIPULATION AND ORDER OF**
                                         )   **DISMISSAL WITH PREJUDICE**
18 **vs.**                               )
                                         )
19                                       )
   **G.D. SEARLE & CO.; PHARMACIA**      )
20 **CORPORATION; MONSANTO**             )
   **COMPANY; and PFIZER, INC.,**        )
21                                       )
                                         )
22       **Defendants.**                 )
                                         )
23 _____       )
                                         )
24

25

26        Come now the Plaintiff, **JACK RICE** and Defendants, by and through the undersigned

27 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

28 dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

EAST\42531961.1

1

2

DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

3

4                                  By: _Mark P. Robinson, Jr._

5                                  MARK P. ROBINSON, JR.
                                   Attorneys for Plaintiff Jack Rice

6

7        DATED:   Oct. 22 ___, 2009       DLA PIPER LLP (US)

8

9                                  By: _/s/_
                                   Matt Holian

10                                 Attorneys for Defendants

11

12

13       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
         IT IS SO ORDERED.**

14

15       Dated: **OCT 2 8 2009**

16                                 Hon. Charles R. Breyer
                                   United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1